Rainer GERLACH and Janet Gerlach, Individually and as Next Friend of Sarah Gerlach, Appellants,

v.

Peter BAPAL, et al., Respondents.

No. WD 73808.

Missouri Court of Appeals, Western District.

April 3, 2012.

Charles A. Edgeller, Kansas City, MO, for Appellants.

John E. Bordeau and Terri Z. Austenfeld, Overland Park, KS, for Respondent Highwoods Properties.

Thomas R. Davis, Kansas City, MO, for Respondent Bapal.

Douglas McMillan, Assistant City Attorney, Kansas City, MO, for Respondent City of Kansas City, Missouri.

Before Division One: CYNTHIA L. MARTIN, Presiding Judge, and THOMAS H. NEWTON and KAREN KING MITCHELL, Judges.

Order

PER CURIAM:

Appellants, Rainer and Janet Gerlach, individually and as next friend of their daughter, Sarah Gerlach ("the Gerlachs"), appeal from the grant of summary judgment in favor of Respondents, Highwoods Properties d/b/a J.C. Nichols, Highwoods Realty Limited PTP, Highwoods Realty, LP, Highwoods Properties, Inc., J.C. Nichols Company, and Country Club Plaza Association ("Highwoods"), on a premises liability claim arising from an accident in which a vehicle driven by Peter Bapal struck one pedestrian, Rainer Gerlach, and caused another, Sarah Gerlach, to be injured while attempting to avoid the vehicle, while they were in a crosswalk in the area generally known as the Country Club Plaza in Kansas City. We affirm. Rule 84.16(b).